In the Matter of the Claim of SOPHIE REKUC, Respondent, against W. BARNET & SON, INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

(Argued October 4, 1933; decided October 24, 1933.)

*Earle W. Lawrence* and *Samuel E. Aronowitz* for appellants.

*John J. Bennett, Jr., Attorney-General (Henry Epstein* and *John R. O'Hanlon* of counsel), for State Industrial Board, respondent.

no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.